## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                                              Plaintiff,

v.                                                                                       Case No.: 1:21−cr−00016
                                                                                       Honorable Beth W. Jantz

Louis Capriotti

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 14, 2021:

      MINUTE entry before the Honorable Gabriel A. Fuentes as to Louis Capriotti (1): At the request and by agreement of the parties, the detention hearing set for 1/15/21 before Magistrate Judge Fuentes (via telephone conference), is **RESET** to **1/21/21 at 2:00 p.m.** The preliminary examination hearing set for 1/21/21 is hereby stricken. The matter is set for a status hearing on preliminary examination on 1/21/21 at 2:00 p.m. for the purposes of rescheduling the preliminary examination hearing. The defendant shall remain in federal custody. The call−in number is (888) 684−8852 and the access code is 2006804. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.