UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 21 CR 16 |
| v. | Hon. Rebecca R. Pallmeyer |
| LOUIS CAPRIOTTI | Chief Judge |

### ORDER

Upon the joint motion of the parties, under Title 18, United States Code, Section 3161(h)(7), for an extension of time in which to return an indictment in the above-captioned case,

IT IS HEREBY ORDERED that the time within which to return an indictment or file an information against the defendant be extended to and including April 12, 2021. Specifically, this Court finds that the ends of justice served by the extension outweigh the best interests of the public and the defendant in a speedy trial because the failure to grant such an extension would deny counsels for the defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

ENTERED:

Hon. Rebecca R. Pallmeyer
Chief Judge

DATED: Feb 5, 2021