**FILED**

JUN 03 2021 SH
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RECEIVED

JUN 03 2021

Magistrate Judge Beth W. Jantz
United States District Court

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

LOUIS CAPRIOTTI

No. 21 CR 16

Violation: Title 18, United States Code, Section 875(c)

Judge Ronald A. Guzman
Magistrate Judge Beth W. Jantz

The SPECIAL JANUARY 2020 GRAND JURY charges:

On or about December 29, 2020, at Chicago Heights, in the Northern District of Illinois, Eastern Division, and elsewhere,

LOUIS CAPRIOTTI,

defendant herein, knowingly transmitted in interstate commerce a communication containing a threat to injure the person of another, namely, a phone call in which defendant left a voicemail stating, "we will surround the motherfucking White House and we will kill any motherfucking Democrat that steps on the motherfucking lawn," and further indicated, in the same voicemail message, that "I'd like to put one right in [former elected official's] [expletive] dome" with the purpose of issuing a true threat and knowing that the communication would be understood as a true threat;

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Steven J. Dollear on behalf of the
UNITED STATES ATTORNEY