# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

UNITED STATES OF AMERICA

                                      Plaintiff,

v.                                                           Case No.: 1:21−cr−00016
                                                           Honorable Ronald A. Guzman

Louis Capriotti

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 7, 2022:

      MINUTE entry before the Honorable Ronald A. Guzman as to Louis Capriotti: On the Court's own motion and by request of the parties, the sentencing hearing set for 4/7/2022 at 2:00 p.m. is stricken and reset to 5/17/2022 at 2:00 p.m. The hearing will be in−person. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.